IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>CONTINENTAL AIRLINES, INC., | ) Chapter 11<br>)<br>)<br>) Case No. 90-932<br>) |
| Ramon E. O'Neill<br>Identified member of the class<br>of LPP CLAIMANTS, | )<br>) Adversary No. 99-412 (MFW)<br>)<br>) re: Docket No. 453 |
| v. | ) |
| JAMES BALDRIDGE, WILLIAM MANN<br>and LARRY DUNN.<br>Representatives of the LPP CLAIMANTS, | )<br>)<br>) |
| and | ) |
| CONTINENTAL AIRLINES, INC.<br>Debtor | )<br>) |

## STATEMENT

I, Ramon E. O'Neill, in accordance with Bankruptcy Rule 8006, petition an appeal as a result of this Court's failure to reopen this case when overwhelming evidence in the record has been pointed out (totally ignored by this Court) proving that the Settlement Agreement is a scheme and a fraud. The Settlement Agreement is a product of fraudulent testimony.

18 USC § 152 and § 157 explicitly prohibits any party to conduct false and/or fraudulent statements, representation, declaration, conceal

documents and falsify recorded information in a title 11 proceedings.

August 27, 2006

*[signature]*
Ramon E. O'Neill, *Pro Se*
7424 SW 129 Ct.
Miami, Fl. 33183
(305) 386-4866