IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CONTINENTAL AIRLINES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 90-932 (MFW) through 90-984 (MFW)<br><br>Jointly Administered |
| JAMES BALDRIDGE, WILLIAM MANN and LARRY DUNN, individually and as representatives of a class of persons similarly situated who are referred to as the LPP CLAIMANTS,<br><br>Plaintiffs,<br><br>v.<br><br>CONTINENTAL AIRLINES HOLDINGS, INC., CONTINENTAL AIRLINES, INC. and SYSTEM ONE HOLDINGS, INC.,<br><br>Defendants. | Adversary No. 99-412 (MFW)<br><br>Bankruptcy Court Appeal Nos. 06-47 through 06-49 |

**APPELLEES' COUNTER-DESIGNATION OF**
**ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Continental Airlines, Inc., *et al.* ("Continental"), by their undersigned counsel, as appellees, hereby submit this counter-designation of items to be included in the record on appeal with respect to the Notices of Appeal [*see* Docket Nos. 453, 454, and 456][1] from the Order of the Honorable Mary F. Walrath, entered on July 24, 2006 [*see* Docket No. 451], in the above-captioned adversary proceeding.

[1] For the convenience of the Court, undersigned counsel to Continental requested that all three appellants agree to consolidate the appeals for purposes of briefing. On September 18, 2006, appellants Inman and O'Neill consented to consolidation of the appeals. Telephone communication with appellant Adams on September 18, 2006 was not returned as of the time of filing of this counter-designation. Pending appellant Adams' consent, counsel to Continental will submit a request to consolidate the appeals with the District Court.

**I. Docket Items from the United States Bankruptcy Court for the District of Delaware, In re Continental Airlines, Inc., *et al.*, Case No. 90-932**

| DATE | DOCKET NO. | DOCUMENT |
|---|---|---|
| 6/13/2002 | 7332 | Transcript of Hearing Held April 2, 2002 |

**II. Docket Items from the United States Bankruptcy Court for the District of Delaware, James Baldridge, *et al.*, v. Continental Airlines Holdings, Inc., *et al.*, Adv. Proc. No. 99-412**

| DATE | DOCKET NO. | DOCUMENT |
|---|---|---|
| 10/26/1999 | 4 | Plaintiffs' Motion for Class Certification |
| 10/26/1999 | 5 | Plaintiffs' Memorandum in Support of Motion for Class Certification |
| 12/13/1999 | 17 | Brief in Opposition to Request for Declaratory Judgment for Class Representation Filed by J. Trigg Adams |
| 12/14/1999 | 21 | Amended Brief in Opposition to Request for Declaratory Judgment for Class Representation Filed by J. Trigg Adams |
| 2/3/2000 | Not docketed | Transcript of Hearing Held on February 3, 2000 |
| 2/3/2000 | 26 | Opinion Regarding Motion for Class Certification |
| 2/3/2000 | 27 | Order Granting Motion for Class Certification |
| 4/14/2000 | 35 | Motion for an Order Upholding the Right of J. Trigg Adams, *et al.* to Pursue their Bankruptcy Claims on File with the National Mediation Board Since December, 1989 |
| 10/16/2001 | 57 | Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Settlement, Class Action Notice and Scheduled Hearing |

| | | |
|---|---|---|
| 11/5/2001 | 62 | Objection to Proposed Amendment to February 3, 2001 Order Granting Class Certification Filed by J. Trigg Adams |
| 11/5/2001 | 63 | Objection to Plaintiffs' Motion for Preliminary Approval of Proposed Settlement, Class Action Filed by J. Trigg Adams |
| 11/29/2001 | 68 | Order Granting Preliminary Approval of Proposed Settlement and Scheduling Hearing |
| 1/4/2002 | 70 | Plaintiffs' Memorandum of Law and Affidavits in Support of Approval of Settlement and Petition for Award of Attorneys' Fees, Class Representative Compensation and Litigation Expenses |
| 1/15/2002 | 75 | Objection to Settlement Agreement by Ramon E. O'Neill |
| 1/16/2002 | 76 | Objection to Motion for Approval of Settlement, Class Action Filed by J. Trigg Adams |
| 1/17/2002 | 80 | Objection to Motion of Settlement Agreement Filed by Brownie N. Inman |
| 1/17/2002 | 81 | Objection to Motion to Settlement Agreement Filed by Ramon E. O'Neill |
| 1/31/2002 | 102 | Final Judgment and Order of Dismissal |
| 2/12/2002 | 103 | Notice of Appeal Filed by Ramon E. O'Neill |
| 3/6/2002 | 118 | Motion of Continental to Enforce Compliance With Court Order and Objection of Continental to Request for Extension of Deadline From Rule 8006 |
| 2/21/2002 | 131 | Notice of Appeal from the Judgment and Order Entered on January 31, 2002 Filed by Brownie N. Inman |
| 3/28/2002 | 152 | Joinder of LPP Class Action Plaintiffs in Continental's Motion to Enforce Compliance with Court's Order and Objection to Request for Extension of Deadline from Rule 8006 |

| | | |
|---|---|---|
| 3/26/2002 | 153 | Response to Motion to Enforce Compliance with Court Order and to Request for Extension of Deadline from Rule 8006 Filed by Ramon E. O'Neill |
| 4/12/2002 | 164 | Response to Motion to Enforce Compliance with Court Order and Objection of Continental to Request for Extension of Deadline from Rule 8006 Filed by Ramon E. O'Neill |
| 4/9/2002 | 165 | Transcript of Hearing Held January 31, 2002 |
| 4/25/2002 | 169 | Motion of Class Action Plaintiffs for Finding that Newly Identified Former EAL Pilots are Members of the Class, for Entry of Order Requiring CAL to Fund the Settlement for the New Class Members, for 90 Day Extension of Time to Provide Notice and for Approval of Form of Notice |
| 5/2/2002 | 172 | Order Regarding the Motion of Continental To Enforce Compliance With Court Order |
| 6/7/2002 | 257 | Objection to Motion of Class Action Plaintiffs for Finding that Newly Identified Former EAL Pilots are Members of the Class, for Entry of Order Requiring CAL to Fund the Settlement for the New Class Members, for 90 Day Extension of Time to Provide Notice and for Approval of Form of Notice |
| 6/12/2002 | 290 | Reply to Defendants' Objection to Motion of Class Action Plaintiffs for Finding that Newly Identified Former EAL Pilots are Members of the Class, for Entry of Order Requiring CAL to Fund the Settlement for the New Class Members, for 90 Day Extension of Time to Provide Notice and for Approval of Form of Notice |
| 6/14/2002 | 291 | Order Granting Motion of Class Action Plaintiffs for Finding that Newly Identified Former EAL Pilots are Members of the Class, for Entry of Order Requiring CAL to Fund the Settlement for the New Class Members, for 90 Day Extension of Time to Provide Notice and for Approval of Form of Notice |

| | | |
|---|---|---|
| 6/14/2002 | Not docketed | Transcript of Hearing Held Regarding Motion of Class Action Plaintiffs for Finding that Newly Identified Former EAL Pilots are Members of the Class, for Entry of Order Requiring CAL to Fund the Settlement for the New Class Members, for 90 Day Extension of Time to Provide Notice and for Approval of Form of Notice |
| 3/22/2004 | 426 | Opinion of United States Court of Appeals for the Third Circuit Affirming the District Court's Final Judgment and Order of Dismissal |
| 6/13/2006 | 432 | Motion of Brownie N. Inman to Compel Compliance with January 31, 2002 Order |
| 6/19/2006 | 434 | Motion of LPP Class Action Plaintiffs for Order Reopening Adversary Proceeding |
| 7/11/2006 | 438 | Motion of Ramon E. O'Neill to Compel and Compliance with January 31, 2002 Order and Motion for Order Reopening Adversary Proceeding |
| 7/11/2006 | 440 | Motion of Brownie N. Inman of Objection to the Class Action Plaintiffs Stipulations for Motion to Reopen |
| 7/19/2006 | 441 | Limited Response of Continental Airlines, Inc., *et al.* to Motion of LPP Class Action Plaintiffs for Order Reopening Adversary Proceeding |
| 7/18/2006 | 442 | Notice of Agenda of Matters Scheduled for Hearing on July 21, 2006 |
| 7/18/2006 | 443 | Motion to Compel and Compliance with January 31, 2002 Order filed by J. Trigg Adams |
| 7/21/2006 | Not docketed | Transcript of Hearing Held July 21, 2006 |
| 7/26/2006 | 451 | Order Denying LPP Claimants Motions to Compel Compliance |
| 8/1/2006 | 453 | Notice of Appeal filed by Ramon O'Neill |
| 8/1/2006 | 454 | Notice of Appeal filed by Brownie N. Inman |
| 8/2/2006 | 455 | Motion to Stay Pending Appeal and Production of Documents filed by Ramon O'Neill |

| | | |
|---|---|---|
| 8/3/2006 | 456 | Notice of Appeal filed by J. Trigg Adams |
| 8/18/2006 | 458 | Order Denying Motion of Stay Pending Appeal and Production of Documents |

**III. Docket Items from the United States District Court for the District of Delaware, Ramon E. O'Neill, *et al.* v. Continental Airlines, Inc., *et al.*, Case No. 02-cv-00375-SLR**

| DATE | DOCKET NO. | DOCUMENT |
|---|---|---|
| 5/16/2002 | 1 | Notice of Appeal Filed by Ramon E. O'Neill of the Order of the Bankruptcy Court |
| 5/16/2002 | 3 | Motion and Memorandum by LPP Class Plaintiffs to Dismiss Appeals |
| 5/31/2002 | 5 | Appellant's Brief Filed by Ramon E. O'Neill |
| 5/31/2002 | 6 | Exhibits to Brief Filed by Ramon E. O'Neill |
| 6/7/2002 | 7 | Appellant's Joinder Brief Filed by J. Trigg Adams |
| 6/12/2002 | 14 | Joinder of Continental Airlines in Support of Motion to Dismiss Appeals |
| 6/11/2002 | 15 | Motion by LPP Class Plaintiffs with Proposed Order for Entry of an Order Regarding Their Motion to Dismiss Appeals |
| 6/14/2002 | 16 | Answering Brief Filed by Ramon E. O'Neill Regarding Motion to Dismiss Appeals |
| 12/4/2002 | 22 | Transcript Regarding November 26, 2002 Status Conference |
| 1/27/2003 | 27 | Motion by LPP Class Plaintiffs to Dismiss Answer Brief |
| 12/13/2002 | 28 | Joinder by Continental in Support of Motion to Dismiss |
| 1/27/2003 | 29 | Reply Brief Filed by LPP Class Plaintiffs Regarding Motion to Dismiss |

| | | |
|---|---|---|
| 1/27/2003 | 30 | Joinder by Continental in Support of Reply Brief Regarding Motion to Dismiss |
| 3/31/2003 | 32 | Memorandum Order Granting Motion to Dismiss |
| 4/8/2003 | 33 | Motion by Ramon E. O'Neill for Rehearing from Memorandum Order Granting Motion to Dismiss |
| 4/14/2003 | 34 | Letter to Judge Robinson from Ramon O'Neill enclosing copy of Docket Item No. 35 |
| 4/14/2003 | 35 | Notice of Appeal Filed by Ramon E. O'Neill |
| 4/28/2003 | 36 | Memorandum Order Denying Motion for Rehearing from Memorandum Order Granting Motion to Dismiss |
| 4/28/2003 | 37 | Notice of Appeal Filed by Ramon E. O'Neill |
| 5/14/2004 | 41 | Judgment of the United States Court of Appeals for the Third Circuit |
| 9/24/2004 | 42 | Copy of Letter to Clerk, United States Court of Appeals for the Third Circuit from Supreme Court of the United States Regarding Petition for Writ of Certiorari |
| 12/14/2004 | 43 | Letter to Clerk, United States Court of Appeals for the Third Circuit from Clerk, Supreme Court of the United States Regarding Denial of Petition for Writ of Certiorari |

## IV. Docket Items from the United States District Court for the District of Delaware, Brownie N. Inman v. Continental Airlines, Inc., *et al.*, Case No. 02-cv-00399-SLR

| DATE | DOCKET NO. | DOCUMENT |
|---|---|---|
| 05/16/2002 | 1 | Notice of Appeal Filed by Brownie N. Inman of the Order of the Bankruptcy Court |
| 06/13/2002 | 3 | Motion by LPP Class Plaintiffs for Entry of an Order Regarding Motion to Dismiss Appeals |
| 11/07/2002 | 9 | Letter to Judge Robinson from Brownie Inman Requesting Court to Consider Invalidating the Present Settlement and Allowing Arbitration |
| 12/11/2002 | 10 | Motion by LPP Class Plaintiffs to Dismiss Answering Brief |
| 12/11/2002 | 11 | Joinder by Continental in Support of Motion to Dismiss |
| 01/07/2003 | 12 | Letter to Judge Robinson from Brownie N. Inman Stating Interest in Pursuing Appeal |
| 01/07/2003 | 13 | Answer Brief Filed by Brownie N. Inman Regarding Motion to Dismiss |
| 01/27/2003 | 14 | Reply Brief Filed by LPP Class Plaintiffs Regarding Motion to Dismiss |
| 01/27/2003 | 15 | Joinder by Continental in Support of Reply Brief |
| 03/31/2003 | 16 | Memorandum Order Granting Motion to Dismiss |

## V. Docket Items from the United States District Court for the District of Delaware, J. Trigg Adams v. Continental Airlines, Inc., *et al.*, Case No. 02-cv-00484-SLR

| DATE | DOCKET NO. | DOCUMENT |
|---|---|---|
| 06/05/2002 | 1 | Notice of Appeal by J. Trigg Adams of the Order of the Bankruptcy Court |
| 12/11/2002 | 4 | Motion by LLP Class Plaintiffs to Dismiss |

| 12/11/2002 | 5 | Joinder by Continental in Support of Motion to Dismiss |
|---|---|---|
| 01/07/2003 | 6 | Answer Brief Filed by J. Trigg Adams |
| 01/27/2003 | 7 | Reply Brief Filed by LLP Class Plaintiffs |
| 01/27/2003 | 8 | Joinder by Continental |
| 03/31/2003 | 9 | Memorandum Order Granting Motion to Dismiss |
| 04/08/2003 | 10 | Motion by J. Trigg Adams for Reconsideration |
| 04/28/2003 | 12 | Memorandum Order Denying Motion for Reconsideration |

**VI. Docket Items from United States Court of Appeals for the Third Circuit, <u>Adams v. Baldridge, *et al.*, Case No. 03-2376</u>**

| DATE | DOCUMENT |
|---|---|
| 8/18/2003 | Brief on Behalf of Pro Se Appellant J. Trigg Adams |
| 9/22/2003 | Appendix on Behalf of Pro Se Appellant J. Trigg Adams |
| 10/23/2003 | Brief on Behalf of Appellees James Baldridge, William Mann and Larry Dunn |
| 10/31/2003 | Brief on Behalf of Appellee Continental |
| 11/14/2003 | Reply Brief on Behalf of Pro Se Appellant |
| 3/17/2004 | Per Curiam Opinion |
| 3/17/2004 | Judgment Affirmed |
| 3/30/2004 | Petition by Pro Se Appellant for Rehearing Before Original Panel |
| 3/30/2004 | Motion by Pro Se Appellant for Stay of Proceedings and Motion for Equal Compliance by All Parties Subject to Plan of Confirmation and Subsequent Appeals |
| 4/21/2004 | Order Denying Motion by Pro Se Appellant for Stay of Proceedings and Motion for Equal Compliance by All Parties Subject to Plan of Confirmation and Subsequent Appeals |

| | |
|---|---|
| 8/10/2004 | Order Denying Petition for Rehearing |
| 3/24/2005 | United States Supreme Court Order Denying Petition for Writ of Certiorari |

**VII. Docket Items from United States Court of Appeals for the Third Circuit, <u>O'Neill v. Baldridge, *et al.*, Case No. 03-2374</u>**

| DATE | DOCUMENT |
|---|---|
| 6/04/2003 | Motion by Pro Se Appellant for Production of Documents from Continental Airlines, Inc. |
| 6/17/2003 | Response by Appellee Continental Airlines, Inc. to Motion for Production |
| 6/17/2003 | Motion by Appellees' James Baldridge, William Mann and Larry Dunn to Strike Appellant's Motion for Production of Documents |
| 6/26/2003 | Order Denying Motion by Pro Se Appellant Ramon E. O'Neill for Production of Documents and Denying Motion by Appellees' James Baldridge, William Mann and Larry Dunn as Unnecessary in Light of the Disposition of Appellant's Motion |
| 9/23/2003 | Brief/Appendix on behalf of Pro Se Appellant Ramon E. O'Neill |
| 9/23/2003 | Appendix on behalf of Ramon E. O'Neill |
| 10/23/2003 | Brief on behalf of Appellees James Baldridge, William Mann and Larry Dunn |
| 10/31/2003 | Brief on behalf of Appellee Continental Airlines, Inc. |
| 11/10/2003 | Supplemental Appendix on behalf of Appellees |
| 11/25/2003 | Reply Brief on behalf of Appellant Ramon E. O'Neill |
| 11/25/2003 | Motion by Appellant Ramon E. O'Neill to File Supplemental Appendix |
| 12/12/2003 | Supplemental Appendix on behalf of Ramon E. O'Neill |

| | |
|---|---|
| 3/09/2004 | Per Curiam Opinion |
| 3/09/2004 | Judgment Affirmed |
| 4/23/2004 | Order Denying Petition for Rehearing |
| 12/02/2004 | United States Supreme Court Order Denying Petition for Wit of Certiorari |

Dated: Wilmington, Delaware
September 18, 2006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
Joseph M. Barry (No. 4221)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

Counsel to Continental Airlines, Inc., *et al.*