IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>CONTINENTAL AIRLINES,<br>et al.,<br><br>          Debtors. | )  Chapter 11<br>)  Bk. Nos. 90-932 through<br>)          90-984 (MFW)<br>)      Jointly Administered<br>) |
| RAMON E. O'NEILL, BROWNIE N.<br>INMAN, and J. TRIGG ADAMS,<br><br>          Appellants,<br><br>    v.<br><br>CONTINENTAL AIRLINES INC.,<br>et al.,<br><br>          Appellees. | )<br>)<br>)<br>)<br>)<br>)  Civ. No. 06-568-SLR<br>)    (Lead case)<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 19th day of January, 2007, having granted appellees' motion to excuse the parties from this court's mediation process and to consolidate the appeals on January 17, 2007 (D.I. 14);

    IT IS ORDERED that briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

    1. Appellants' briefs in support of their appeals are due on or before **February 20, 2007.**

    2. Appellee's brief in opposition to the appeal is due on or before **March 20, 2007.**

3. Appellants' reply brief is due on or before **April 3, 2007.**

                                                              _/s/ Sue L. Robinson_
                                                             United States District Judge