OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 1, 2007

TO:  Brownie N. Inman
     18905 SW 128 Ct.
     Miami, FL 33177
     305-254-6648

RE:  Brief filed on 2/20/07; Lack of Proof of Service on all
     Parties of Record
     Civ. No. 06-568 SLR

Dear Mr. Inman:

Documents have been presented for filing in the above noted case which do not conform to one or more of the following: Federal Rules of Civil Procedure 5(d).

In order for your documents to be acceptable for filing, they **must be served by you, upon all parties of record,** and this must be indicated on an Affidavit or Certificate of Service.

Your corrected certificate of service should be sent to this office for processing.

Sincerely,

PETER T. DALLEO
/rpg                    CLERK

cc:  The Honorable Sue L. Robinson