OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 1, 2007

TO: Ramon E. O'Neill
7424 SW 129 Ct.
Miami, FL 33183

RE: Brief filed on 2/20/07; Lack of Proof of Service on all
Parties of Record
Civ. No. 06-568 SLR

Dear Mr. O'Neill:

Documents have been presented for filing in the above noted case which do not conform to one or more of the following: Federal Rules of Civil Procedure 5(d).

In order for your documents to be acceptable for filing, they must be served by you, upon all parties of record, and this must be indicated on an Affidavit or Certificate of Service.

Your corrected certificate of service should be sent to this office for processing.

Sincerely,

PETER T. DALLEO
/rpg           CLERK

cc: The Honorable Sue L. Robinson