# CERTIFICATE OF SERVICE

06-568

I, Brownie N. Inman, certify that I am not less than 18 years of age, and that service of the **APPEAL FROM BANKRUPTCY ORDER DATED 07/04/06** was made on February 16, 2007, upon the attached service list by first class mail, unless otherwise specified.

Under penalty of perjury, I declare that the foregoing is true and correct.

*[signature: Brownie N Inman]*

Brownie N. Inman, *Pro Se*
18905 SW 128 Ct
Miami, FL. 33177
Phone (305) 801-5227

## Service List

Honorable Sue L. Robinson
Chief Judge
U. S. District Court
844 North King Street
Room 4209 Lockbox 18
Wilmington, DE 19801

FILED
MAR 1 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Counsel for Continental Airlines:
Robert Brady, Esq.
The Brandywine Building
1000 West Street, 17 Floor
Wilmington, DE 19801

Counsel for LPP Claimants:
Bruce Jameson, Esq.
1310 King Street
Wilmington, DE 19899

Ramon E. O'Neill (electronically)
7424 SW 129 Ct.

Miami, Fl 33183
Phone (305) 386-4866

J. Trigg Adams (electronically)
3824 park Ave.
Miami, FL. 33133
Phone (305) 665-8904

This is a corrected Certificate of Service for Brownie Inman, Case 568



