IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>CONTINENTAL AIRLINES, INC., et. al<br><br>Debtor<br>_____<br><br>**Ramon E O'Neill**<br>**J. Trigg Adams**<br>**Brownie N Inman**<br><br>Appellants<br><br>v.<br><br>JAMES BALDRIDGE, WILLIAM MANN<br>and LARRY DUNN.<br>Class Representatives<br><br>and<br><br>CONTINENTAL AIRLINES, INC.<br>Debtor | ) Chapter 11<br>)<br>)<br>)<br>) Case No. 90-932 & 90-933 (MFW)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-568 ( SLR )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED
MAR 2 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## CERTIFICATE OF SERVICE

I, Ramon E. O'Neill, certify that I am not less than 18 years of age, and that service of the APPEAL FROM BANKRUPTCY COURT ORDER DATED 07/24/06 was made on February 18, 2007 upon the attached service list by Federal Express and hand delivered as specified below.

Under penalty of perjury, I declare that the foregoing is true and correct.

*[signature]*
Ramon E. O'Neill, *Pro Se*
Phone # (305) 386-4866

Via Federal Express
Counsel for Continental Airlines:
Robert Brady, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17 Floor
Wilmington, DE 19801

Via Federal Express
Counsel for LPP Claimants:
Bruce Jameson, Esq.
Prickett, Jones & Elliott
1310 King Street
Wilmington, DE 19801

Hand Delivered and Electronically
J. Trigg Adams

Hand Delivered and Electronically
**Brownie N Inman**

Ramon E ONeill
7404 SW 139 Ct
Miami, FL 33183

MEMPHIS TN 381
14 MAR 2007 PM 4 L

United States District Court
District of Delaware
844 Noreit King St.
Lock Box 18
Wilmington DE 19801-3570