IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>CONTINENTAL AIRLINES, INC., et. al<br><br>Debtor<br><br>_____<br><br>**Ramon E O'Neill**<br>**J. Trigg Adams**<br>**Brownie N Inman**<br><br>Appellants<br><br>v.<br><br>JAMES BALDRIDGE, WILLIAM MANN<br>and LARRY DUNN.<br>Class Representatives<br><br>and<br><br>CONTINENTAL AIRLINES, INC.<br>Debtor | Chapter 11<br><br><br>Case No. 90-932 & 90-933 (MFW)<br><br><br><br>Civil Action No. 06-568 ( SLR ) |

RECEIVED MAR 27 2007

### MOTION REQUESTING TIME EXTENSION TO SUBMIT REPLY BRIEF

I, Ramon E. O'Neill, is requesting an extension of time to submit reply brief for

the following two reasons:

    A) Today is Sunday, March 25, 2007; and I have not received

Continental's objections to my Appeal which was due on March 20, 2007.

    B) Continental's lies has caused me to drop trips so I could answer

promptly to their motions and in this instance lack of forwarding and/or

filing their objection to my Appeal on time.

Financially, I can no longer take time off from my work to satisfy Continental's

time table.

      I am requesting an extension of time till May 03, 2007 (30 days from this Court order date of April 03, 2007) to submit my reply brief.

Respectfully submitted,

*[signature]*

Ramon E. O'Neill, *Pro Se*
Phone # (305) 386-4866

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>CONTINENTAL AIRLINES, INC., et. al<br><br>    Debtor<br><br>**Ramon E O'Neill**<br>**J. Trigg Adams**<br>**Brownie N Inman**<br><br>    Appellants<br><br>  v.<br><br>JAMES BALDRIDGE, WILLIAM MANN<br>and LARRY DUNN.<br>Class Representatives<br><br>    and<br><br>CONTINENTAL AIRLINES, INC.<br>Debtor | Chapter 11<br><br>Case No. 90-932 & 90-933 (MFW)<br><br>Civil Action No. 06-568 ( SLR ) |

## CERTIFICATE OF SERVICE

  I, Ramon E. O'Neill, certify that I am not less than 18 years of age, and that service of the MOTION REQUESTING TIME EXTENSION TO SUBMIT REPLY BRIEF was made on March 25, 2007, upon the attached service list by First Class US Mail and hand delivered as specified below.

  Under penalty of perjury, I declare that the foregoing is true and correct.

*[signature]*

Ramon E. O'Neill, *Pro Se*
Phone # (305) 386-4866

Via First Class US Mail
Counsel for Continental Airlines:
Robert Brady, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17 Floor
Wilmington, DE 19801

Via First Class US Mail
Counsel for LPP Claimants:
Bruce Jameson, Esq.
Prickett, Jones & Elliott
1310 King Street
Wilmington, DE 19801

Hand Delivered and Electronically
J. Trigg Adams

Hand Delivered and Electronically
**Brownie N Inman**