IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| CONTINENTAL AIRLINES, ) | Bk. Nos. 90-932 through |
| et al., ) | 90-984(MFW) |
| ) | Jointly Administered |
| Debtors. ) | |
| | |
| RAMON E. O'NEILL, BROWNIE N. ) | |
| INMAN, and J. TRIGG ADAMS, ) | |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | Civ. No. 06-568-SLR |
| ) | (Lead case) |
| CONTINENTAL AIRLINES INC., ) | |
| et al., ) | |
| ) | |
| Appellees. ) | |

**O R D E R**

At Wilmington this 9th day of April, 2007, having reviewed appellant Ramon E. O'Neill's motion for extension of time and appellee Continental Airlines' response thereto;

IT IS ORDERED that said motion (D.I. 25) is granted as follows:

1. Appellant Ramon E. O'Neill's reply brief in support of his appeal is due on or before **May 3, 2007.**

2. All future non-dispositive motions filed by **any** party in this action shall contain

the statement required by D. Del. LR 7.1.1 regardless of their pro se status.[1]  The court will not entertain further non-dispositive motions that do not comply with this Rule.

_____
United States District Judge

---

[1] A copy of D. Del. LR 7.1.1 follows this order.

**RULE 7.1.1   Statement Required to be Filed with Non-Dispositive Motions.**

Unless otherwise ordered, the Court will not entertain any non-dispositive motion, except those motions brought by a person appearing pro sè and those brought pursuant to Fed. R. Civ. P. 26(c) by a person who is not a party, unless counsel for the moving party files with the Court, at the time of filing the motion, a statement showing that the attorney making the motion has made a reasonable effort to reach agreement with the opposing attorneys on the matters set forth in the motion.

*Source:  Former Delaware Local Rule 3.1D and 37.1 with revisions.*