IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CONTINENTAL AIRLINES, INC., | ) | Case No. 90-932 & 90-933 (MFW) |
| *et al.* | ) | |
| | ) | Jointly Administered |
| Debtor. | ) | |

----------------------------------------------------------------x

| | | |
|---|---|---|
| RAMON E. O'NEILL | ) | Civil Action No. 06-568 (SLR) |
| BROWNIE N. INMAN | ) | |
| J. TRIGG ADAMS | ) | (Consolidated Lead) |
| | ) | |
| Appellants, | ) | |
| v. | ) | |
| | ) | |
| CONTINENTAL AIRLINES, INC., *et al.* | ) | |
| | ) | |
| Appellees. | ) | |

----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS |
| NEW CASTLE COUNTY | ) |

     Kimberly A. Beck, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Debtors/Appellees, and that on the 4th day of April, 2007, she caused a copy of the following document:

**ORDER ON APPELLANT RAMON E. O'NEILL'S MOTION FOR EXTENSION OF TIME [#25] AND APPELLEE CONTINENTAL AIRELINES' RESPONSE [#26] [Docket No. 28]**

to be served to those parties on the attached service list as indicated.

Kimberly A. Beck

SWORN TO AND SUBSCRIBED before me this 16th day of April, 2007.

Notary Public

DEBBIE E. LASKIN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 21, 2008

DB01:2368004.1                                                                           045085.1006

## SERVICE LIST

**VIA FEDERAL EXPRESS**

Mr. Brownie N. Inman, pro se
18905 SW 128 Ct.
Miami, FL 33177

Mr. Ramon E. O'Neill, pro se
7424 SW 129 Ct.
Miami, FL 33183

Mr. J. Trigg Adams, pro se
3824 Park Avenue
Miami, FL 33133

**VIA HAND DELIVERY**

Bruce E. Jameson, Esquire
Prickett Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
(Counsel for James Baldridge, *et al.)*

045085.1006