IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>CONTINENTAL AIRLINES, INC.,<br><br>Debtor<br>_____<br><br>Brownie N. Inman<br>Raymond O'Neill<br>J Trigg Adams<br><br>Appellants<br>    v.<br><br>JAMES BALDRIDGE, WILLIAM MANN<br>and LARRY DUNN.<br>Representatives of the LPP CLAIMANTS,<br><br>and<br><br>CONTINENTAL AIRLINES, INC.<br>Debtor<br>_____ | ) Chapter 11<br>)<br>)<br>)<br>)<br>) Case No. 90-932, 90-933 (MFW)<br>)<br>) Civil Action No. 06-568 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## Notice of Appeal

Notice is hereby given that I, Brownie Inman, am taking the appeal in the above named case to the United States Court of Appeals for the 3rd Circuit from an order entered in this action on the 25 day of September, 2007.

*[signature: Brownie N Inman]*

**Brownie N Inman,** *Pro Se*
18905 SW 128 Ct.
Miami, FL. 33177
Cell # (305) 8015227
Home (305) 2546648

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>CONTINENTAL AIRLINES, INC.,<br><br>Debtor<br>_____<br><br>Brownie N. Inman<br>Raymond O'Neill<br>J Trigg Adams<br><br>Appellants<br>      v.<br><br>JAMES BALDRIDGE, WILLIAM MANN<br>and LARRY DUNN.<br>Representatives of the LPP CLAIMANTS,<br><br>and<br><br>CONTINENTAL AIRLINES, INC.<br>Debtor<br>_____ | ) Chapter 11<br>)<br>)<br>)<br>)<br>) Case No. 90-932, 90-933 (MFW)<br>)<br>)<br>)<br>) Civil Action No. 06-568 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# CERTIFICATE OF SERVICE

    I, Brownie N Inman, certify that I am not less than 18 years of age, and that service of the NOTICE OF APPEAL from the Districts Court Order dated 09/25/07 was made on 10/24/07 upon the attached service list by Federal Express hand delivery or first class mail, unless otherwise specified.

    Under penalty of perjury, I declare that the foregoing is true and correct.

*[signature: Brownie N Inman]*

Brownie N Inman, *Pro Se*
18905 SW 128 Ct.
Miami, FL. 3317733183
Cell # (305) 8015227

Home (305) 2546648


Counsel for Continental Airlines:
Robert Brady, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17 Floor
Wilmington, DE 19801
(302) 571-6600

Counsel for LPP Claimants:
Bruce Jameson, Esq.
Prickett, Jones & Elliot, P.A.
1310 King Street
Wilmington, DE 19899
(302) 888-6532

United States District Court
For the District of Delaware
J. Caleb Boggs Federal Bldg
824 North KING Street
Box 18
Wilmington, DE 19801
 (302) 573-6170

Hand delivery and Electronic Delivery

Raymond O'Neill

J Trigg Adams